People of the State of Illinois, Plaintiff-Appellee, v.
George Williams, Defendant-Appellant.

Gen. No. 50,371. 

First District, First Division.

October 3, 1966.

Gerald W. Getty, Public Defender of
Cook County, of Chicago (Marshall A. Patner, Frederick F.
Cohn and James J. Doherty, Assistant Public Defenders, of coun-
sel), for appellant; Daniel P. Ward, State's Attorney of Cook
County, of Chicago (Elmer C. Kissane and Joel M. Flaum, As-
sistant State's Attorneys, of counsel), for appellee. Opinion by
MR. JUSTICE MURPHY. Not to be published in full.